UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LESLIE T. GIBLIN, et al.,**

    **Plaintiffs,**

v.                                                                                  Case No.  8:05-cv-79-T-30EAJ

**RANDY G. ROUSSIE, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Default Judgment (Dkt. # 15) against Defendants in this copyright infringement case.  Plaintiffs hold a copyright and exclusive license over the book "Skill With People," which was first published in 1968 and which can be purchased today for a price ranging from $3.95 to $13.95.  Plaintiffs have charged Defendants with infringement based on Defendants' publication of the book "How to Have Skill With People" and the marketing of their book on the website www.howtohaveskillwithpeople.com.  Defendants' book could be purchased on-line for a price ranging from $30.00 to $50.00.

Plaintiffs' Complaint (Dkt. #1) was filed on January 13, 2005, and was served on Defendants on January 19, 2005 (Dkt. ## 8, 9, 10).  After being served with Plaintiffs' Complaint, Defendants removed their book from their websites and abandoned the domain name www.howtohaveskillwithpeople.com.  Defendants did not file an answer or otherwise

respond to the Complaint, however, and a Clerk's Entry of Default was entered against Defendants on February 11, 2005 (Dkt. ## 13, 14).

Plaintiffs filed the Motion before the Court on February 10, 2005. A Notice of the hearing on the Motion was mailed to Defendants on March 8, 2005 (Dkt. # 19). Defendants failed to appear before this Court for the hearing on the Motion held on March 30, 2005 (Dkt. #21). As of the date of this Order, Defendants have not filed a response to Plaintiff's Motion. Accordingly, Plaintiffs are entitled to a default judgment against Defendants.

Plaintiffs prayer for relief includes money damages, attorney's fees and costs, and injunctive relief. As for money damages, Plaintiffs have elected to recover statutory damages from Defendants pursuant to Section 504(c) of the Copyright Act of 1976.[1] Under 17 U.S.C. § 504(c), Plaintiffs are entitled to damages in the "sum of not less than $750 or more than $30,000 as the court considers just." Based on the relative values of the respective books, and Defendants' removal of their infringing book from their websites and the abandonment of their domain name after being served with Plaintiff's Complaint, this Court finds that $7,500.00 is a just award of monetary damages.

Plaintiffs are entitled to reasonable attorneys fees and costs pursuant to 17 U.S.C. § 505. Plaintiffs have requested $13,202.00 in attorneys fees and $901.02 in costs. According to the affidavits filed in support of the Motion, Plaintiffs counsel expended 47.9 hours on this

---

[1] A plaintiff in a copyright infringement case is also entitled to damages in the amount equal to the infringer's profits. See 17 U.S.C. § 504(c). Plaintiffs, however, have failed to present any evidence demonstrating the amount of profits generated by Defendants through the sale of the infringing book.

case, at an hourly rate ranging from $295 to $140.  Based on the small number of pleadings and the straightforward nature of the factual allegations and legal issues in this case, only twenty-five (25) of these hours can be considered reasonable.  Additionally, Plaintiffs' are not entitled to recover paralegal expenses as attorneys fees, and costs such as document reproduction, postage, courier charges, and electronic research also are not recoverable. Accordingly, Plaintiffs are entitled to an award of attorneys fees in the amount of $5,355.95 and costs in the amount of $245.00 ($170.00 filing fee and $75.00 service fee).

This Court finds that Plaintiffs are also entitled to injunctive relief, but its request that an order be entered prohibiting Defendants from infringing on "any of Plaintiffs' works" is unreasonable, since this action was limited to Plaintiffs' book "Skill with People." Accordingly, injunctive relief prohibiting Defendants from infringing on Plaintiffs' book should be entered.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for Default Judgment (Dkt. # 15) is **GRANTED in part** and **DENIED in part** as set forth herein.

2. The Clerk is directed to enter a final judgment against Defendants in the amount of **$13,100.95** ($7,500.00 in statutory damages and **$5,600.95** in attorneys fees and costs).

3. Defendants are hereby permanently enjoined and restrained from further infringing on Plaintiffs' copyright "Skill with People."  This injunction includes, *inter alia*,

a prohibition on the producing, copying, distributing, marketing, advertising, and/or selling the book "How to Have Skill with People."

    4.    The Clerk of Court is directed to **CLOSE** this case and **TERMINATE** all pending motions as moot.

    **DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

                                                    _____
                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\05-cv-79 Motn Default Judgment Copyright Infringement.wpd